**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **JESSIE LEE KYLES**<br>**ADC #550554** | **PLAINTIFF** |
| v. | No: 4:20-cv-00556 JM |
| **LARRYNESHA MORRIS,** *et al.* | **DEFENDANTS** |

## ORDER

Plaintiff Jessie Lee Kyles filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 22, 2020 (Doc. No. 2). On May 27, 2020, the Court entered an order denying Kyles' motion to proceed *in forma pauperis* (Doc. No. 1) and directing Kyles to submit the full $400.00 filing and administrative fees or file a fully completed and signed *in forma pauperis* application within 30 days. *See* Doc. No. 4. Kyles was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Kyles has not complied or otherwise responded to the May 27 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Kyles's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE