**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JESSIE LEE KYLES**                                                                           **PLAINTIFF**
**ADC #550554**

**v.**                                                    **No: 4:20-cv-00556 JM**

**LARRYNESHA MORRIS,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 6th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE